■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMON ROBERTSON, Appellant. [964 NYS2d 907]—Judgment of

resentence, Supreme Court, New York County (Michael J. Obus, J.), rendered March 15, 2012, resentencing defendant, as a second felony offender, to an aggregate term of 15 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621, 630 [2011]). Concur—Tom, J.P., Andrias, Renwick and DeGrasse, JJ.